

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00491-CV

**MODIVCARE SOLUTIONS, LLC** formerly known as LogistiCare Solutions, LLC; and ModivCare Solutions, Inc. formerly known as Providence Service Corporation,
Appellants

v.

Andrew Nathan **VIERA** and Adela Garza,
Appellees

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-20-17
Honorable Baldemar Garza, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Liza A. Rodriguez, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: November 23, 2022

DISMISSED

On September 21, 2022, we granted the motion to dismiss filed by Appellants ModivCare Solutions, LLC and ModivCare Solutions, Inc. with respect to their appeal as to Appellee Adela Garza. Appellants have now also filed a motion to dismiss their appeal with respect to the remaining appellee, Andrew Nathan Viera, stating that they have reached a settlement of the dispute between them. We GRANT their motion and DISMISS this appeal. *See* TEX. R. APP. P.

42.1(a). Costs of appeal are taxed against Appellants ModivCare Solutions, LLC and ModivCare Solutions, Inc. *See id.* 42.1(d).

PER CURIAM